Commonwealth *v.* Harris, Appellant.

Argued March 22, 1972. *Mark A. Lublin,* for appel-

lant; *Maxine J. Slotland*, Assistant District Attorney, with her *Milton M. Stein*, Assistant District Attorney, *James D. Crawford*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.